**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: September 07, 2004**

John E. Hoffman, Jr.
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 04-63788 |
| | ) | |
| TECHNEGLAS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | Judge John E. Hoffman, Jr. |
| Debtor. | ) | |

### INTERIM ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Upon the motion (the "Motion")[1] of the Debtor for an order authorizing the rejection of certain executory contracts and unexpired leases [Docket No. 26]; and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient notice of this Motion and the opportunity for a hearing on this Motion was appropriate under the particular circumstances and that no other and further notice need be given; and it appearing that this proceeding is a core

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

proceeding pursuant to 28 U.S.C. § 157; and it appearing that venue of this proceeding and this Motion is properly in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and cause appearing therefor; it is hereby ORDERED that:

1. The Motion was served upon the U.S. Trustee, The Twenty Largest Unsecured Creditors, Counsel to the DIP Lender, parties whose leases/contracts are subject to rejection and Counsel to the Unions by overnight delivery or by regular United States mail, postage prepaid (as indicated in the list attached to the Motion) on September 1, 2004, and heard upon expedited hearing on September 3, 2004, is granted.

2. The Rejected Contracts and Leases listed on <u>Exhibit A</u> attached hereto are rejected pursuant to section 365(a) of the Bankruptcy Code effective as of the date of entry of this Interim Order.

3. The Notice Procedures, set forth in <u>Exhibit 1</u>, attached to the Motion, is hereby approved.

4. The Debtor is authorized and empowered to take all actions and execute all documents or refrain from any actions necessary or appropriate to implement the relief granted in this Order.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004(g), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

IT IS SO ORDERED.

Copies to: See Attached Service List

## SERVICE LIST FOR ORDER

United States Trustee
Attn: Saul Eisen
Region 9
200 Public Square, Suite 3300
Cleveland, Ohio 44114-2301

Assistant U.S. Trustee
Attn: MaryAnne Wilsbacher
170 North High Street, Suite 200
Columbus, Ohio 43215-2403

Air Products and Chemicals,, Inc.
Attn: Bob Bazarian
7201 Hamilton Boulevard
Allentown, Pennsylvania 18195-1501

American Minerals, Inc.
Attn: Derek J. McCracken
901 E. Eighth Avenue, Suite #102
King of Prussia, Pennsylvania 19406

Armand Products Co.
Attn: Steve M Rowles
469 North Harrison Street
Princeton, New Jersey 08543-5297

The Bank of Tokyo-Mitsubishi, Ltd.
Attn: Katsuyoshi Sahara
Japanese Corporate Finance
227 West Monroe Street, Suite 2300
Chicago, Illinois 60606

BOC Gases
Attn: Jonathan Nemes
575 Mountain Avenue
Murray Hill, New Jersey 07974

Chori America
Attn: Toshiyuki Yokogawa
1180 Avenue of the Americas
21st Floor
New York, New York 10036

EXEL Transportation Services,, Inc.
Attn: Stain Papek
2101 Third Street, Suite A
Slidell, Louisiana 70458

Feldspar Corp.
Attn: Lesia Hise
790 Highway 226 South
Spruce Pine, North Carolina 28777

Hammond Lead Product, Inc.
Attn: John Meiman
10 South Grosstown Road
Pottstown, Pennsylvania 19464

Industrial Corp.
Attn: Paul TenHoopen
2077 J&C Boulevard
Naples, Florida 34109

Omni Oxide LLC
Attn: Steven A. Rau
5901 Lakeside Boulevard
Indianapolis, Indiana 46278

Osram Sylvania, Inc. SPL
Attn: Alfred Saraceni
1128 Roosevelt Avenue
York, Pennsylvania 17404

Pacific Industrial Development Corp.
Attn: Jeff Lachapelle
4788 Runway Boulevard
Ann Arbor, Michigan 48108

Packaging Corp. of America
Attn: Nevin Oldfather
South 21 Street & Hancock Street
Newark, Ohio 43055-4610

EW Bowman, Inc.
Attn: Rodney Wilson
3 Richmond Street
Uniontown, Pennsylvania 15401

Pension Benefit Guaranty Corp.
Attn: Legal
1200 K Street, Northwest
Washington, District of Columbia 20005-4026

Counsel to Glass Molder, Pottery, Plastics & Allied Workers International Union
Attn: Fred Greenberg
111 Forest Avenue - Second Floor
P.O. Box 629
Narberth, Pennsylvania 19072

Local Union No. 306
Attn: Gregory L. Popper, President
Glass, Molder, Pottery, Plastics & Allied Workers
International Union
6488 Blackhawk Drive
Reynoldsburg, Ohio 43068

Scioto Packing, Inc.
Attn: Dennis Hickox
3959 Urbancrest Industrial Drive
Urbancrest, Ohio 43123

Unimin Corp. SPL
Attn: Joe Migyanko
1201 North High Street
Millville, New Jersey, 08332

Sumitomo Mitsui Banking Corporation
Attn: Ichiro Higuchi
277 Park Avenue
New York, New York 10172

United Steelworkers of America
Five Gateway Center
Pittsburgh, Pennsylvania 15222
(American Flint Glass Workers' Union)

TIPP Machine & Tools, Inc.
Attn: Ernie Pierson
211 South First Street
Tipp City, Ohio 45371

Vorys, Sater, Seymour, and Pease LLP
Attn: Robert J. Sidman
52 East Gay Street
Columbus, Ohio 43216

Counsel to DIP Lender
Attn: Jeffrey Norwood
Husch & Eppenberger, LLC
736 Georgia Avenue, Suite 300
Chatanooga, Tennessee 37402

Kirkland & Ellis LLP
Attn: Marc J. Carmel
200 East Randolph Drive
Chicago, Illinois 60601

Glass, Molder, Pottery, Plastics & Allied Workers
Attn: John P. Ryan
International Union
PO Box 607
608 East Baltimore Pike
Media, Pennsylvania 19063-0607

United Steel Workers of America
District 1
Attn: Dave McCall
777 Dearborn Park Lane
Suite J
Columbus, Ohio 43085
(American Flint Glass Workers' Union)

5

Counsel to DIP Lender
Attn:  Adam Smith
Husch & Eppenberger, LLC
1200 Main Street, Suite 1700
Kansas City, Missouri 64105

# AFFECTED PARTIES

| | |
|---|---|
| Air Products and Chemicals, Inc.<br>P.O. Box 360545M<br>Pittsburgh, Pennsylvania 15251-0545 | Hewlett Packard Finance and Ma<br>Attn: Gary Hood<br>15885 Sprague Rd<br>Strongsville, Ohio 44136 |
| BOC Gases<br>P.O. Box 360904M<br>Pittsburgh, Pennsylvania 15259-4274 | Hewlett Packard Finance and Ma<br>Attn: Raeann Keyser<br>20 Perimeter Summitt Blvd Mail Stop 501<br>Atlanta, Georgia 30319 |
| Case Credit Corp<br>Leaserite, Dept CH 10197<br>Palatine, Illinois 60055-0197 | Industrial Fitness<br>4564 Ashview CourtT<br>Hilliard, Ohio 43026 |
| Citicorp Vendor Finance, Inc.<br>P.O. Box 7247-0371<br>Philadelphia, Pennsylvania 19170-0371 | Lawson Products, Inc.<br>51 Hennery Drive<br>Mountain Top, Pennsylvania, 18707 |
| Dempsey Textile Rental<br>1310 Clay Avenue<br>Dunmore, Pennsylvania 18510 | Lawson Products, Inc.<br>51 Hennery Drive<br>Mountain Top, Pennsylvania, 18707 |
| Ford Credit<br>Box 220564<br>Pittsburgh, Pennsylvania 15257-2555 | Nextool<br>P.O. BOX 75515<br>Cleveland, Ohio 44101 |
| GE Capital Core<br>P.O. Box 642111<br>Pittsburgh, Pennsylvania 15264-2111 | Sheffield Measurement, Inc.<br>660 South Military Road<br>P.O. Box 1658<br>Fond Du Lac, Wisconsin 54936-1658 |
| Golden Business Machines<br>163 165 Church Street<br>Kingston, Pennsylvania 18704 0700 | Stauffer Manufa Acturing Co.<br>P.O. Box 45 Sixth Str.<br>Red Hill, Pennsylvania 18076-0045 |
| Hewlett Packard Co.<br>1900 Garden of the Dos Rd.<br>P.O. Box 2197<br>Colorado Springs, Colorado 80901 | Toyota Motor Credit Corp<br>Commercial Finance<br>P.O. Box 2431<br>Carol Stream, Illinois 60132-2431 |

Verizon Wireless
Great Lakes Acct #51044822
P.O. Box 790292
St. Louis, Missouri 63179-0292

Verizon Wireless
Business Account #51044822
5165 Emerald Parkway
Dublin, Ohio 43017

Verizon Wireless
P.O. Box 790292
St. Louis, Missouri 63179-0292

Verizon Wireless
P.O. Box 41556
Philadelphia, Pennsylvania 19101-1556

Verizon Wireless
P.O. Box 17464
Baltimore, Maryland 21297-1464

Verizon Wireless (Formally Alltel)
1400 Spruce Street
Avoca, Pennsylvania 18641

Workhealth
P.O. Box 951451
Cleveland, Ohio 44193

# EXHIBIT A

## Rejected Contracts and Leases

## Pittston and Columbus Executory Contracts for Rejection

| PO# | | VENDOR NAME | PRODUCT/SERVICE TYPE | Average Monthly Saving |
|---|---|---|---|---|
| 84 | 0185 | Air Products & Chemical Inc. | Oxygen Supply | $79,877.00 |
| 46 | 0274 | BOC Gases | Chemical | $950.00 |
| 46 | 0344 | BOC Gases | Chemical | $81,707.00 |
| 46 | 0154 | Dempsey Textile Rental Service, Inc. | Misc. | $1,667.00 |
| 46 | 0182 | Dempsey Textile Rental Service, Inc. | Misc. | $1,667.00 |
| 46 | 0107 | Hewlett Packard | Telecommunications | $2,795.00 |
| 84 | 0506 | Industrial Fitness | Physical Therapy | $4,680.00 |
| 46 | 0169 | Lawson Products, Inc. | Misc. | $417.00 |
| 84 | 0188 | MPW Industrial service | Water Treatment | $11,875.00 |
| 84 | 0122 | Nextool | Tools Consignment Moldshop | $3,536.75 |
| 84 | 0116 | Sheffield Measurement Inc | Condex Machine | $1,000.00 |
| 46 | 0172 | Stauffer Manufacturing Company | Misc. | $27,750.00 |
| 84 | 0038 | Toyota Motor Credit Corp. | Forklift Lease | $6,484.37 |
| 46 | 0134 | Verizon Wireless | Telecommunications | $800.00 |
| 84 | 0419 | Workhealth | Doctor service | 150/hr |

**Pittston & Columbus Leases For Rejection**

| PO # | LESSOR | ITEM | MODEL | SERIAL # | MONTHLY LEASE $ |
|---|---|---|---|---|---|
| 2002-46-740 | Case Credit | Payloader | 621DXT Wheek Kiader | JEE0133929 | $2,470.13 |
| 2002-46-0696 | Citicorp Vendor Finance, Inc. | Forklift | CGC25 | C365L-0112-9617 | $346.69 |
| 2002-46-0696 | Citicorp Vendor Finance, Inc. | Forklift | CGC25 | C365L-0116-9617 | $346.69 |
| 2002-46-0696 | Citicorp Vendor Finance, Inc. | Forklift | CGC25 | C365L-0171-9617 | $346.69 |
| 2002-46-0696 | Citicorp Vendor Finance, Inc. | Forklift | CGC40 | C470L-0064-9613 | $578.14 |
| 2002-46-0696 | Citicorp Vendor Finance, Inc. | Forklift | CGC40 | C470L-0063-9613 | $525.58 |
| 2002-46-0696 | Citicorp Vendor Finance, Inc. | Forklift | CGC25 | C365L-0173-9617 | $346.69 |
| 2002-46-0696 | Citicorp Vendor Finance, Inc. | Forklift | CGC25 | C365L-0164-9617 | $346.69 |
| 2004-46-0179 | Ford Credit | Van | Ford Freestar | 2FMZA51674BA33677 | $388.75 |
| 2002-46-0979 | GE Capital | Forklift | NPR17 | NPR345-0311-9517 | $526.00 |
| 2002-46-0979 | GE Capital | Forklift | CGC40 | CGC 470L-0159-9613 | $494.00 |
| 2002-46-0980 | GE Capital | Forklift | CGP-50 | CGP160L-0316-9612GEF | $759.00 |
| 2000-46-1399 | Golden Business Machines | Copier | IR400S (warehouse) | | $333.98 |
| 2000-46-1391 | Golden Business Machines | Copier | MOJ15913(Mold Shop) | | $259.50 |

###