**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: October 08, 2004**

John E. Hoffman, Jr.
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 04-63788 |
| | ) | |
| TECHNEGLAS, INC., | ) | Chapter 11 |
| | ) | |
| | ) | Judge John E. Hoffman, Jr. |
| Debtor. | ) | |

### FINAL ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Upon the motion (the "Motion")[1] of the Debtor for an order authorizing the rejection of certain executory contracts and unexpired leases [Docket No. 26] and entry of an interim order (the "Interim Order") by this Court on September 7, 2004 granting the Motion on an interim basis [Docket No. 47]; and it appearing that the Notice of the Motion and the Interim Order was properly served on September 8, 2004 by regular U.S. mail service, pursuant to the

-2-

Notice Procedures approved by the Interim Order and that no other and further notice need be given; and it appearing that no objection to the Motion has been filed; and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157; and it appearing that venue of this proceeding and this Motion is properly in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and cause appearing therefor; it is hereby ORDERED that:

1. The Motion, which was served upon the U.S. Trustee, the Twenty Largest Unsecured Creditors, Counsel to the DIP Lender, Counsel to the Unions, and the parties to the Rejected Contracts and Leases by overnight delivery or by regular United States mail, postage prepaid (as indicated in the list attached to the Motion) on September 1, 2004, is granted.

2. The Rejected Contracts and Leases listed on <u>Exhibit A</u> attached hereto are rejected pursuant to section 365(a) of the Bankruptcy Code effective as of September 7, 2004.

3. Nothing in this Order shall prejudice the right of Air Products and Chemicals, Inc. ("Air Products") to assert that its Rejected Contract was terminated prepetition and the right of the Debtor to contest any such assertion. Air Products is hereby permitted to access the Debtor's premises in a reasonable manner that does not disrupt the Debtor's operation, for the purposes to maintain, modify, repair, secure, dismantle and/or remove Air Products' equipment (with all Air Products' costs and expenses to be the liability of, and paid for by, Air Products, subject to such costs being asserted in its rejection damages or other claim), which is on Debtor's site in Columbus, Ohio pursuant to such Rejected Contract.

---

1  Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

-2-

-3-

4.   The Debtor is authorized and empowered to take all actions and execute all documents or refrain from any actions necessary or appropriate to implement the relief granted in this Order.

5.   This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

6.   Notwithstanding the possible applicability of Bankruptcy Rules 6004(g), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.   All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

IT IS SO ORDERED.


Copies to: Attached List of Affected Parties and Primary Service List #3

## AFFECTED PARTIES

| | |
|---|---|
| Air Products and Chemicals, Inc.<br>P.O. Box 360545M<br>Pittsburgh, Pennsylvania 15251-0545 | Hewlett Packard Finance and Ma<br>Attn:  Gary Hood<br>15885 Sprague Rd<br>Strongsville, Ohio 44136 |
| BOC Gases<br>P.O. Box 360904M<br>Pittsburgh, Pennsylvania 15259-4274 | Hewlett Packard Finance and Ma<br>Attn:  Raeann Keyser<br>20 Perimeter Summitt Blvd  Mail Stop 50<br>Atlanta, Georgia 30319 |
| Case Credit Corp<br>Leaserite, Dept CH 10197<br>Palatine, Illinois 60055-0197 | Industrial Fitness<br>4564 Ashview Court<br>Hilliard, Ohio 43026 |
| Citicorp Vendor Finance, Inc.<br>P.O. Box 7247-0371<br>Philadelphia, Pennsylvania 19170-0371 | Lawson Products, Inc.<br>51 Hennery Drive<br>Mountain Top, Pennsylvania, 18707 |
| Dempsey Textile Rental<br>1310 Clay Avenue<br>Dunmore, Pennsylvania 18510 | Lawson Products, Inc.<br>51 Hennery Drive<br>Mountain Top, Pennsylvania, 18707 |
| Ford Credit<br>Box 220564<br>Pittsburgh, Pennsylvania 15257-2555 | Nextool<br>P.O. BOX 75515<br>Cleveland, Ohio 44101 |
| GE Capital Core<br>P.O. Box 642111<br>Pittsburgh, Pennsylvania 15264-2111 | Sheffield Measurement, Inc.<br>660 South Military Road<br>P.O. Box 1658<br>Fond Du Lac, Wisconsin 54936-1658 |
| Golden Business Machines<br>163-165 Church Street<br>Kingston, Pennsylvania 18704 0700 | Stauffer Manufacturing Co.<br>P.O. Box 45 Sixth Str.<br>Red Hill, Pennsylvania 18076-0045 |
| Hewlett Packard Co.<br>1900 Garden of the Dos Rd.<br>P.O. Box 2197<br>Colorado Springs, Colorado 80901 | Toyota Motor Credit Corp<br>Commercial Finance<br>P.O. Box 2431<br>Carol Stream, Illinois 60132-2431 |

1

| | |
|---|---|
| Verizon Wireless<br>Great Lakes Acct #51044822<br>P.O. Box 790292<br>St. Louis, Missouri 63179-0292 | Hewlett Packard<br>5555 Windward Parkway West<br>Alpharetta, Georgia  30004 |
| Verizon Wireless<br>Business Account #51044822<br>5165 Emerald Parkway<br>Dublin, Ohio 43017 | Hewlett Packard<br>James Caldwell<br>8000 Foothills Blvd   MS5525<br>Roseville, California  95747 |
| Verizon Wireless<br>P.O. Box 41556<br>Philadelphia, Pennsylvania 19101-1556 | Alltell<br>1400 Spruce St<br>Avoca, Pennsylvania  18641 |
| Verizon Wireless<br>P.O. Box 17464<br>Baltimore, Maryland 21297-1464 | Verizon<br>PO Box 28000<br>Lehigh Valley, Pennsylvania 18002-8000 |
| Workhealth<br>P.O. Box 951451<br>Cleveland, Ohio 44193 | Verizon Wireless (Formally Alltel)<br>1400 Spruce Street<br>Avoca, Pennsylvania 18641 |

2

## EXHIBIT A

### Rejected Contracts and Leases

### Pittston and Columbus Executory Contracts for Rejection

| PO# | | VENDOR NAME | PRODUCT/SERVICE TYPE |
|---|---|---|---|
| 84 | 0185 | Air Products & Chemical Inc. | Oxygen Supply |
| 46 | 0274 | BOC Gases | Chemical |
| 46 | 0344 | BOC Gases | Chemical |
| 46 | 0154 | Dempsey Textile Rental Service, Inc. | Misc. |
| 46 | 0182 | Dempsey Textile Rental Service, Inc. | Misc. |
| 46 | 0107 | Hewlett Packard | Telecommunications |
| 84 | 0506 | Industrial Fitness | Physical Therapy |
| 46 | 0169 | Lawson Products, Inc. | Misc. |
| 84 | 0188 | MPW Industrial service | Water Treatment |
| 84 | 0122 | Nextool | Tools Consignment Moldshop |
| 84 | 0116 | Sheffield Measurement Inc | Condex Machine |
| 46 | 0172 | Stauffer Manufacturing Company | Misc. |
| 84 | 0038 | Toyota Motor Credit Corp. | Forklift Lease |
| 46 | 0134 | Verizon Wireless | Telecommunications |
| 84 | 0419 | Workhealth | Doctor service |

A-1

**Pittston & Columbus Leases for Rejection**

| PO # | LESSOR | ITEM | MODEL | SERIAL # |
|---|---|---|---|---|
| 2002-46-740 | Case Credit | Payloader | 621DXT Wheek Kiader | JEE0133929 |
| 2002-46-0696 | Citicorp Vendor Finance, Inc. | Forklift | CGC25 | C365L-0112-9617 |
| 2002-46-0696 | Citicorp Vendor Finance, Inc. | Forklift | CGC25 | C365L-0116-9617 |
| 2002-46-0696 | Citicorp Vendor Finance, Inc. | Forklift | CGC25 | C365L-0171-9617 |
| 2002-46-0696 | Citicorp Vendor Finance, Inc. | Forklift | CGC40 | C470L-0064-9613 |
| 2002-46-0696 | Citicorp Vendor Finance, Inc. | Forklift | CGC40 | C470L-0063-9613 |
| 2002-46-0696 | Citicorp Vendor Finance, Inc. | Forklift | CGC25 | C365L-0173-9617 |
| 2002-46-0696 | Citicorp Vendor Finance, Inc. | Forklift | CGC25 | C365L-0164-9617 |
| 2004-46-0179 | Ford Credit | Van | Ford Freestar | 2FMZA51674BA33677 |
| 2002-46-0979 | GE Capital | Forklift | NPR17 | NPR345-0311-9517 |
| 2002-46-0979 | GE Capital | Forklift | CGC40 | CGC 470L-0159-9613 |
| 2002-46-0980 | GE Capital | Forklift | CGP-50 | CGP160L-0316-9612GEF |
| 2000-46-1399 | Golden Business Machines | Copier | IR400S (warehouse) | |
| 2000-46-1391 | Golden Business Machines | Copier | MOJ15913(Mold Shop) | |

###

A-2